■ J. WALTER SMITH, Individually and as Administrator of the Estate of BETTY M. SMITH, Deceased, et al., Appellants, v. HARRY E. SCHNEIDER, Defendant, and ERIE RAILROAD COMPANY, Respondent.— Judgment insofar as appealed from affirmed, with costs. All concur. (Appeal from part of a judgment of Genesee Trial Term dismissing the complaint as to defendant Railroad Co. on the merits, on motion made at close of plaintiffs' case, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BATTEN, Appellant.— Order affirmed. All concur. (Appeal from an order of Steuben Trial Term denying petitioner's application for coram nobis.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ HELEN MALONEY, as Administratrix of the Estate of JOHN L. MALONEY, Deceased, Appellant, v. GLEN ORBAKER et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Williams and Bastow, JJ. [See 1 A D 2d 869.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY W. RICCIO, Appellant, against ROBERT A. GLASSER, as Sheriff of Erie County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 1 A D 2d 953.]

■ KENNETH A. DECKER, an Infant, by GEORGE G. FIESINGER, His Guardian ad Litem, Respondent, v. CLARENCE DECKER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball and Bastow, JJ. [See 2 A D 2d 955.]

■ CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF SENECA FALLS, FAYETTE AND TYRE, SENECA COUNTY, Plaintiff, v. VITO MATARRESE, et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ HAROLD PAUL, Claimant, v. STATE OF NEW YORK, Respondent. DONALD WILKINSON, Claimant, v. STATE OF NEW YORK, Respondent.— Appeals dismissed, without costs, upon stipulation.

■ DORRANCE A. DE MAISON, Appellant, v. MARTIN KILLIAN et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ ANNA M. BARNEY, Appellant, v. GEORGE G. FIESINGER et al., Respondents.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ BICKFORD BROS. CO., Respondent, v. GOODMAN CENTRAL SHOPPING PLAZA, INC., et al., Defendants, and JOSEPH ALAIMO, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Application of WALTER H. WICKINS, Monroe County Clerk.— Order entered directing destruction of certain records.

■ In the Matter of the Application of EDWARD A. RATH, Erie County Clerk.— Order entered directing destruction of certain records.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER BROWN, Appellant.— Leave to file notice of appeal in Onondaga County Clerk's office granted. Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRYAN, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL KOTARSKI, Appellant.— Leave to file notice of appeal in Erie County Clerk's office granted. Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.